UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Antonia DeToledo, and
Liana Williams,
    Plaintiffs,
v.
County of Suffolk, et al.
    Defendants.

Civil Action No. 03-CV-10834-RGS

## PARTIAL STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a) (1)

Pursuant to the provisions Fed. R. Civ. P. 41 (a) (1) (ii), the undersigned parties hereby stipulate to the Dismissal of the Counts of Plaintiffs' Complaint as follows:

1. Count IX, Plaintiff DeToledo's State Civil Rights claim against Defendant Sinclair;

2. Count XI, Plaintiff DeToledo's claim pursuant to 42 U.S.C. § 1983 against Defendant Sinclair;

3. Count XIII, Plaintiff DeToledo's State Civil Rights against Defendant Julius;

4. Count XIV, Plaintiff Williams' State Civil Rights against Defendant Julius;

5. Count XV, Plaintiff DeToledo's claim pursuant to 42 U.S.C. § 1983 against Defendant Julius;

6. Count XVI, Plaintiff Williams' claim pursuant to 42 U.S.C. § 1983 against Defendant Julius;

7. Count XVII, Plaintiff DeToledo's State Civil Rights against Defendant Thomas; and

8. Count XIX, Plaintiff DeToledo's claim pursuant to 42 U.S.C. §1983 against Defendant Thomas.

Respectfully submitted,

For the Plaintiff,

*Susan M. Bourque (km)*
Susan M. Bourque
Parker|Sheer, LLP
One Constitutional Center
Boston, MA 02129
(617) 886-0500

Date: 9 / 17 / 04

For the Defendant,

*Kathleen M. Cawley*
Kathleen M. Cawley
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6680

Date: 9 / 17 / 04